Linda Bondi Morrison, Esq. (SBN 210264)
Ryan B. Luther, Esq. (SBN 216928)
TRESSLER LLP
18100 Von Karman Avenue, Suite 800
Irvine, CA 92612
Telephone:    (949) 336-1200
Facsimile:     (949) 752-0645
Email:          lmorrison@tresslerllp.com
                    rluther@tresslerllp.com

Attorneys for Defendant QBE SPECIALTY INSURANCE COMPANY

Ramiro Morales, Esq. (SBN 167947)
W. Brian Jones, Esq. (SBN 251889)
MORALES FIERRO & REEVES
2300 Contra Costa Blvd., Suite 310
Pleasant Hill, CA 94523
Telephone:   (925) 288-1776
Facsimile:    (925) 288-1856
Email:         rmorales@mfrlegal.com
                   wbjones@mfrlegal.com

Attorneys for Plaintiff TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>QBE SPECIALTY INSURANCE COMPANY,<br><br>Defendant. | **Case No.: 3:15-cv-00255-JCS**<br>Magistrate Judge: Joseph C. Spero<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT [L.R. 6-1(a)]**<br><br>Service Date:            January 29, 2015<br>Current Response Due: February 12, 2015<br>New Response Date:    March 6, 2015 |

TO THE HONORABLE COURT, ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

Plaintiff Travelers Property Casualty Company of America ("Travelers") and Defendant QBE Specialty Insurance Company ("QBE"), by and through their respective counsel, hereby submit the following Stipulation with respect to the deadline for QBE to respond to the First Amended Complaint for: Declaratory Relief and Equitable Contribution ("First Amended Complaint") filed by Travelers in this matter on January 28, 2015.

WHEREAS, the summons and original complaint in this matter were served on QBE's agent for service of process on January 21, 2015.

WHEREAS, the First Amended Complaint was served on QBE's agent for service of process on January 29, 2015, making QBE's response to the First Amended Complaint due on February 12, 2015;

WHEREAS, Travelers and QBE have agreed that QBE may have an extension of time to respond to Travelers' First Amended Complaint;

THEREFORE, Travelers and QBE hereby stipulate and agree that the deadline for QBE to respond to Travelers' First Amended Complaint shall be March 6, 2015.

Date:  March 6, 2015                TRESSLER LLP

By:     /s/ Ryan B. Luther
Linda Bondi Morrison, Esq.
Ryan B. Luther, Esq.
Attorneys for Defendant QBE SPECIALTY INSURANCE COMPANY

Date:  March 6, 2015                MORALES FIERRO & REEVES

By:     /s/ Ramiro Morales[1]
Ramiro Morales, Esq.
W. Brian Jones, Esq.
Attorneys for Plaintiff TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

OC #51435

Dated: 3/10/15

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---

[1] Mr. Morales, counsel for Travelers, has confirmed that Travelers concurs with the content and filing of this Stipulation.

**CERTIFICATE OF SERVICE**

*Travelers Property Casualty Company of America v. QBE Specialty Insurance Company*
United States District Court – Northern District of California
Case No.: 3:15-cv-00255-JCS

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court, Northern District of California, by using the District Court's CM/ECF electronic filing system on **March 6, 2015**.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the District Court's CM/ECF electronic filing system.

By:     /s/ Ryan B. Luther
Ryan B. Luther, Esq.