

Attorneys at Law
18100 Von Karman Avenue
Suite 800
Irvine, California 92612
Telephone 949-336-1200
Fax 949-752-0645
www.tresslerllp.com

Ryan B. Luther
949-336-1222
rluther@tresslerllp.com

July 31, 2015

*Via CM/ECF Electronic Filing System*

Ms. Karen Hom, Courtroom Deputy
Chief Magistrate Judge Joseph C. Spero
United States District Court
Northern District of California - San Francisco Courthouse
Courtroom G - 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

Re: *Travelers Property Casualty Company of America v QBE Specialty Insurance Company*
United States District Court, Northern District of California Case No. 3:15-CV-00255-JCS
Our File No.:    11054-25

Dear Ms. Hom:

Pursuant to Chief Magistrate Judge Spero's Standing Order and Civil Local Rule 16-10(a), I hereby request to appear by telephone on behalf of Defendant QBE Specialty Insurance Company at the Case Management Conference scheduled for August 7, 2015, at 2:00 p.m., in the above-entitled matter. My direct land line contact telephone number is (949) 336-1222.

Should you have any questions or concerns, please do not hesitate to contact me.

IT IS HEREBY ORDERED THAT Mr. Luther shall be on phone standby at 2:00 PM and await the Court's call.
Dated: 8/3/15

Very truly yours,

Ryan B. Luther

IT IS SO ORDERED AS MODIFIED
Judge Joseph C. Spero

RBL:kab

OC #53395

California | Illinois | New Jersey | New York

## CERTIFICATE OF SERVICE

*Travelers Property Casualty Company of America v. QBE Specialty Insurance Company*
United States District Court – Northern District of California
Case No.: 3:15-CV-00255-JCS

I hereby certify that on **July 31, 2015,** I caused to be electronically filed the foregoing: **Request to Appear Telephonically at August 7, 2015 Case Management Conference,** with the Clerk of the Court for the United States District Court, Northern District of California, by using the District Court's CM/ECF electronic filing system.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the District Court's CM/ECF electronic filing system.

By: /s/ Kimberly A. Bowers
     Kimberly A. Bowers