RAMIRO MORALES, # 167947
rmorales@mfrlegal.com
DEBRA B. BRANSE, #175771
dbranse@mfrlegal.com
W. BRIAN JONES, # 251889
wbjones@mfrlegal.com
MORALES FIERRO & REEVES
2300 Contra Costa Blvd., Suite 310
Pleasant Hill, CA  94523
Telephone:  (925) 288-1776
Facsimile:  (925) 288-1856

Attorneys for Plaintiff TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>QBE SPECIALTY INSURANCE COMPANY, a South Dakota Corporation,<br><br>　　　　　Defendants. | CASE NO.:  3:15-cv-00255-JCS<br><br>**STIPULATED DISMISSIAL OF ENTIRE ACTION**<br><br>Magistrate Judge:  Hon. Joseph C. Spero<br><br>Trial Date: None Set |

　　　　IT IS HEREBY STIPULATED by and between plaintiff Travelers Property Casualty Company of America and defendant QBE Specialty Insurance Company, that the above-captioned action, in its entirety, be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

DATED: March 8, 2016　　　　　　　　　MORALES FIERRO & REEVES


　　　　　　　　　　　　　　　　　　　By 　/s/ W. Brian Jones　　　　　　
　　　　　　　　　　　　　　　　　　　　　RAMIRO MORALES
　　　　　　　　　　　　　　　　　　　　　DEBRA B. BRANSE
　　　　　　　　　　　　　　　　　　　　　W. BRIAN JONES
　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　　　　TRAVELERS PROPERTY CASUALTY
　　　　　　　　　　　　　　　　　　　　　COMPANY OF AMERICA

1  DATED: March 8, 2016                                TRESSLER LLP

3                                                    By   /s/ Ryan B. Luther
                                                         LINDA BONDI MORRISON
4                                                        RYAN B. LUTHER
                                                         Attorneys for Defendant
5                                                        QBE SPECIALTY INSURANCE COMPANY

### ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1

I, W. Brian Jones, attest that concurrence in the filing of this "Stipulated Dismissal Of Entire Action" has been obtained from the other signatory. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 8th day of March, 2016, at Pleasant Hill, California.

                                                     MORALES FIERRO & REEVES


                                                     By   /s/ W. Brian Jones
                                                         W. BRIAN JONES
                                                         Attorneys for Plaintiff
                                                         TRAVELERS PROPERTY CASUALTY
                                                         COMPANY OF AMERICA

Dated: 3/11/16

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA